IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | ) | In Proceeding Under |
| David N. Dolton | ) | Chapter 7 |
|     Debtor | ) | |
| | ) | Case No. 05-59305 |
| | ) | Judge Marilyn Shea-Stonum |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

Now comes Wesley A. Johnston, Attorney of Record for David N. Dolton, Debtor, and moves this Honorable Court for an order granting him leave to withdraw as Attorney of Record because the Debtor has terminated my legal representation (see attached termination request letter).

WHEREFORE, Wesley A. Johnston respectfully requests that this Honorable Court issue an order granting him leave to withdraw as Attorney of Record.

Respectfully submitted,

/s/Wesley A. Johnston, Reg. #0061166
Attorney for Debtor
112 ½ Main Street
Wadsworth, OH  44281
Phone (330) 334-9050
Fax (330) 334-6323
Email: wesserjohnston@yahoo.com

Dear Wesley,

This letter is to inform you that as of September 11, 2006 I wish to terminate the services provided by you.

Thank you,

*D. N. Dolton* (signature)

Dave Dolton

## CERTIFICATE OF SERVICE

A copy of the foregoing Motion to Withdraw as Attorney of Record was mailed by regular US mail and/or served electronically on the 26th day of September, 2006 to the following:

**Debtor:**

David N. Dolton
2876 Oakcrest Drive
Norton, OH 44203

**Trustee:**

Harold A. Corzin (served electronically)

**Counsel for Trustee**:

Michael J. Moran, Esq. (served electronically)
Gibson & Lowry

David K. Rudov, Esq (served electronically)
Rudov, Stein PC

/s/Wesley A. Johnston, Reg. #0061166
Attorney for Debtor