HAC\lat
7/22/09

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT AKRON

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 05-59305 |
| DAVID N. DOLTON | ) | CHAPTER 7 |
| Debtor | ) | BANKRUPTCY JUDGE: MARILYN SHEA-STONUM |
| ************************* | ) | |
| HAROLD A. CORZIN, TRUSTEE Commonwealth Square 304 N. Cleveland-Massillon Road Akron, Ohio 44333 | ) ) ) | ADV. PROCEEDING NO. |
| Plaintiff | ) | |
| -vs- | ) | |
| DAVID N. DOLTON 2876 Oakcrest Drive Norton, Ohio 44203 | ) ) | C O M P L A I N T: REVOCATION OF DISCHARGE PURSUANT TO 11 U.S.C. §727 |
| Defendant | ) ) | |

Now comes Harold A. Corzin, Chapter 7 Trustee in this estate and Plaintiff herein, and for his Complaint states as follows:

CORZIN SANISLO
& UFHOLZ, LLC
COMMONWEALTH SQUARE
304 N. CLEVE.-MASS. RD.
AKRON, OHIO 44333
(330) 670-0770

1. Jurisdiction herein is predicated upon the provisions of 28 U.S.C. §1334, 28 U.S.C. §157(a) and (b) and 11 U.S.C. §727. This matter is a core proceeding as defined by the provisions of 28 U.S.C. §157.

2. Plaintiff is the duly appointed, qualified and acting Chapter 7 Bankruptcy Trustee in this Chapter 7 estate.

3. Defendant is the debtor in this bankruptcy estate which was commenced by the filing of a Voluntary Petition on October 14, 2005.

4. Plaintiff previously filed a complaint against this Defendant seeking a denial of the debtor's general discharge pursuant to the provisions of 11 U.S.C. §727 under Adversary Proceeding No. 06-5101. The allegations and averments in said adversary proceeding are incorporated by reference as if fully rewritten herein.

5. Plaintiff subsequently employed counsel to assist him in properly administering this bankruptcy estate and counsel resolved the aforesaid adversary proceeding; the resolution was memorialized in an Order Authorizing Compromise of Controversy of December 7, 2007.

CORZIN, SANISLO
& UFHOLZ, LLC
COMMONWEALTH SQUARE
304 N CLEVE - MASS RD
AKRON, OHIO 44333
(330) 670-0770

6. The aforesaid Order directed that Defendant, DAVID N. DOLTON, restore the sum of $10,000.00 to the bankruptcy estate. Said funds were to be paid at the rate of $50.00 per month commencing in May, 2007 and continuing through April, 2008. A balloon payment was due in April, 2008.

7. Despite repeated demands that Defendant comply with the aforesaid Order of this Court, the Defendant has failed and refused to do so.

8. Defendant's failure represents a willful disregard of this Court's Order; coupled with the allegations and averments set forth in Adversary Proceeding No. 06-5101, ample grounds exist for the revocation of the Defendant/Debtor's general discharge pursuant to the provisions of 11 U.S.C. §727.

WHEREFORE, Plaintiff prays that Defendant's general discharge, previously granted on February 21, 2008, be revoked, and for such further and additional relief as may be appropriate.

/s/ Harold A. Corzin
HAROLD A. CORZIN (#0005021)
CHAPTER 7 TRUSTEE
Commonwealth Square
304 N. Cleveland-Massillon Rd.
Akron, Ohio 44333
(330) 670-0770 Voice
(330) 670-0297 Facsimile
Hcorzin@csu-law.com

CORZIN, SANISLO & UFHOLZ, LLC
COMMONWEALTH SQUARE
304 N. CLEVE.-MASS. RD.
AKRON, OHIO 44333
(330) 670-0770

-3-