FILED

2010 OCT -4 PM 2: 48

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

IN RE:                                    CASE NO.   05-59305

DAVID N. DOLTON                           CHAPTER 7

        Debtor                            REPORT OF UNCLAIMED
                                          DIVIDEND


       Harold A. Corzin, Trustee herein, reports that check #106 was
issued on June 22, 2010 to the claimant set forth in the attached
Stale Check Report as and for a first and final dividend in this
estate, in the amount set forth therein, but that said check has
not been negotiated.  The Trustee thus issues check #112 to the
Clerk of Courts in the amount of $5,961.60 as and for an unclaimed
dividend herein for the Claimant as set forth in the attached Stale
Check Report.




                                          _____
                                          HAROLD A. CORZIN, TRUSTEE
                                          304 N. Cleveland-Massillon Road
                                          Akron, Ohio 44333
                                          (330) 670-0770
                                          (330) 670-0297 Facsimile
                                          Hcorzin@csu-law.com



September 28, 2010

cc:  U. S. Trustee

# Stale Check Report

**Trustee:** HAROLD A. CORZIN (550340)
**Case:** 05-59305 - DOLTON, DAVID N.

| Account No. | Check No. | Issued | Payee | Check Amount |
|---|---|---|---|---|
| 9200-0193431-66 | 112 | 09/28/10 | U. S. BANKRUPTCY COURT | $5,961.60 |

| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 9200-0193431-66 1 | 106 | | 11/28/05 | 610 | Lloyds TSB Consumer Debt Recovery Queens Road Quadrant Brighton BN13XJ, | 16,020.04 | 23,857.04 | 5,961.60 | 5,961.60 |

*Ck # 112*
*receipt # 8/8/8*

(*) Denotes objection to Amount Filed   (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.

05-59305-mss   Doc 92   FILED 10/04/10   ENTERED 10/04/10 15:50:31   Page 2 of 2