IN RE:  FILED                                      CASE NO.  05-59305

DAVID N. DOLTON  2010 OCT -4  PM 2:48              CHAPTER 7

        Debtor  U.S. BANKRUPTCY COURT                REPORT OF UNCLAIMED
              NORTHERN DISTRICT OF OHIO           <u>DIVIDEND</u>
                    AKRON


    Harold A. Corzin, Trustee herein, reports that check #107 was issued on June 22, 2010 to the claimant set forth in the attached Stale Check Report as and for a first and final dividend in this estate, in the amount set forth therein, but that said check has not been negotiated. The Trustee thus issues check #113 to the Clerk of Courts in the amount of $1,018.33 as and for an unclaimed dividend herein for the Claimant as set forth in the attached Stale Check Report.


                                          _____
                                          HAROLD A. CORZIN, TRUSTEE
                                          304 N. Cleveland-Massillon Road
                                          Akron, Ohio 44333
                                          (330) 670-0770
                                          (330) 670-0297 Facsimile
                                          <u>Hcorzin@csu-law.com</u>


September 28, 2010

cc:  U. S. Trustee

# Stale Check Report

**Trustee:** HAROLD A. CORZIN (550340)
**Case:** 05-59305 - DOLTON, DAVID N.

| Account No. | Check No. | Issued | Payee | | Check Amount |
|---|---|---|---|---|---|
| 9200-01931431-66 | 113 | 09/28/10 | U. S. BANKRUPTCY COURT | | $1,018.33 |

| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 9200-01931431-66 2 | 107 | | 11/28/05 | 610 | Lloyds TSB Consumer Debt Recovery Queens Road Quadrant Brighton BN13XJ, | 2,736.47 | 4,075.15 | 1,018.33 | 1,018.33 |

*[handwritten: Ck #113 receipt # 8/8/8]*

(*) Denotes objection to Amount Filed   (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.

05-59305-mss    Doc 93    FILED 10/04/10    ENTERED 10/04/10 15:52:02    Page 2 of 2